Pro Se 1 (Rev. 12/16) Complaint for a Civil Case          *Terrez Young vs. SAINT LOUIS COUNTY, MISSOURI, et al*

TERREZ YOUNG
2025 LOST HOLLOW COURT
FLORISSANT, MO 63031
PHONE: 314-526-5037

RECEIVED

JUN - 1 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

Case No. _____
*(to be filled in by the Clerk's Office)*

### TERREZ YOUNG

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-V-

### SAINT LOUIS COUNTY MISSOURI; SAINT LOUIS COUNTY POLICE DEPARTMENT, OFFICER JACKSON, DSN 5045, in his individual and official capacities; OFFICER BRAYMILLER, DSN 5184, in his individual and official capacities; OFFICER ARELLANES, DSN 5009, in his individual and official capacities; PERRY MORROW; SPECTRUM SOLUTIONS ACQUISITIONS; United States Department of Housing and Urban Development (HUD) DOES 1 - 50

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)*

Jury Trial: *(check one)*   ☑ Yes   ☐ No

**I. FRAUDULENT FALSE ARREST**
VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. §1983

II. CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS UNDER 42 U.S.C. § 1985(3)

III. INTERFERENCE WITH CONTRACTUAL AND PROPERTY RIGHTS UNDER 42 U.S.C. § 1981

IV.  4TH AMENDMENT VIOLATIONS

V.  14TH AMENDMENT DUE PROCESS VIOLATIONS

VI.  EQUAL PROTECTION VIOLATIONS

VII.  FALSE ARREST

VIII.  FALSE IMPRISONMENT

XI.  MALICIOUS PROSECUTION

X. ABUSE OF PROCESS

XI.  CIVIL CONSPIRACY

XII.  TORTIOUS INTERFERENCE WITH BUSINESS CONTRACTS

Declaratory Judgment Act
28 U.S.C. §2201 - §2202

## JURY TRIAL DEMANDED
☑ *PRELIMINARY INJUNCTION REQUESTED*

# COMPLAINT FOR A CIVIL CASE

VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983; CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS UNDER 42 U.S.C. § 1985(3);  INTERFERENCE WITH CONTRACTUAL AND PROPERTY RIGHTS UNDER 42 U.S.C. § 1981; FOURTH AMENDMENT VIOLATIONS; FOURTEENTH AMENDMENT DUE PROCESS VIOLATIONS; EQUAL PROTECTION VIOLATIONS; FALSE ARREST;  FALSE IMPRISONMENT; MALICIOUS PROSECUTION; ABUSE OF PROCESS; CIVIL CONSPIRACY;  TORTIOUS INTERFERENCE WITH BUSINESS EXPECTANCY; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS;  CONVERSION;  QUIET TITLE; ECLARATORY RELIEF;ADVERSE POSSESSION; PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF; PUNITIVE DAMAGES; ATTORNEYS' FEES AND COSTS

## PROPERTY IN DISPUTE

**12750 Needle Point Court,
Saint Louis County, Missouri 63033**

## COVER PAGE
i

1.    **The Parties to This Complaint**

    **A.**    **The Plaintiff(s)**

# TERREZ YOUNG

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

|  |  |
|---|---|
| Name | **TERREZ YOUNG** |
| Street Address | |
| City and County | TERREZ YOUNG |
| State and Zip Code | 2025 LOST HOLLOW COURT |
| Telephone Number | FLORISSANT, MO 63031 |
| E-mail Address | PHONE: 314-526-5037 |

**Plaintiff No.2**

        Name

        Job or Title *(if known)*

        Street Address

        City and County

        State and Zip Code

        Telephone Number

        E-mail Address *(if known)*

    **B.**    **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if *known)*. Attach additional pages if needed.

| | |
|---|---|
| **SAINT LOUIS COUNTY, MISSOURI** | **Saint Louis County Police Department** |
| | OFFICER ARELLANES, DSN 5009,in his individual and official capacities; |
| OFFICER BRAYMILLER, DSN 5184, in his individual and official capacities | **SPECTRUM SOLUTIONS ACQUISITIONS** |
| **PERRY MORROW** | OFFICER JACKSON, DSN 5045 in his individual and official capacities |
| United States Department of Housing and Urban Development (HUD) | |

☐ Additional Pages Attached                                           Page 1

## DEFENDANTS

**Defendant No. 1**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**SAINT LOUIS COUNTY, MISSOURI**

Saint Louis County
41 South Central Avenue
Clayton, Missouri 63105

**Defendant No. 2**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address of *known)*

**Saint Louis County Police Department**

Saint Louis County Police Department
7900 Forsyth Boulevard
Clayton, Missouri 63105

**Defendant No. 3**

Name

Job or Title i*f known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**OFFICER BRAYMILLER, DSN 5184, in his individual and official capacities**

Officer Braymiller, DSN 5184
c/o Saint Louis County Police Department
7900 Forsyth Boulevard
Clayton, Missouri 63105

**Defendant No. 4**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**OFFICER ARELLANES, DSN 5009, in his individual and official capacities;**

Officer Arellanes, DSN 5009
c/o Saint Louis County Police Department
7900 Forsyth Boulevard
Clayton, Missouri 63105

## ADDITIONAL DEFENDANTS

**Defendant No. 5**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(If known)*

**PERRY MORROW**

**Perry Morrow**
**c/o Spectrum Solutions Acquisitions**
**30 N Gould Street, Suite 42603**
**Sheridan, Wyoming 82801**

**Defendant No. 6**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address of *known)*

**SPECTRUM SOLUTIONS ACQUISITIONS**
**Broker/Agent**

**Spectrum Solutions Acquisitions**
**30 N Gould Street, Suite 42603**
**Sheridan, Wyoming 82801**

**Defendant No. 7**

Name

Job or Title *ifknown)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(If known)*

**United States Department of Housing and Urban Development (HUD)**

**United States Department of Housing and Urban Development (HUD)**
**U.S. Department of Housing and Urban DevelopmentCharles F. Prevedel Federal Building1222 Spruce StreetSt. Louis, Missouri 63103**

**Defendant No. 8**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(If known)*

**OFFICER JACKSON, DSN 5045 in his individual and official capacities**

**Officer Jackson, DSN 5045c/o Saint Louis County Police Department7900 Forsyth BoulevardClayton, Missouri 63105**

### H.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 133 1, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (check all that apply)

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs m this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue m this case.

| | |
|---|---|
| **I. FRAUDULENT FALSE ARREST VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. §1983** | **II. CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS UNDER 42 U.S.C. § 1985(3)** |
| **III. INTERFERENCE WITH CONTRACTUAL AND PROPERTY RIGHTS UNDER 42 U.S.C. § 1981** | **IV.  4TH AMENDMENT VIOLATIONS** |
| **V.  14TH AMENDMENT DUE PROCESS VIOLATIONS** | **VI.  EQUAL PROTECTION VIOLATIONS** |
| **VII.  FALSE ARREST** | **VIII.  FALSE IMPRISONMENT** |
| **XI.  MALICIOUS PROSECUTION** | **X. ABUSE OF PROCESS** |

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, (name) _____ **TERREZ YOUNG** _____ , is a citizen of the

   State of (name) _____ MISSOURI _____

   b.   If the plaintiff is a corporation

   The plaintiff, (name) _____ N/A _____ , is incorporated

   under the laws of the State of (name) _____

   and has its principal place of business m the State of (name) _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

   ☑ **Additional Pages Are Attached Providing Information On *Additional Plaintiffs***

2.   The Defendant(s)   **SAINT LOUIS COUNTY MISSOURI; SAINT LOUIS COUNTY POLICE DEPARTMENT, OFFICER JACKSON, DSN 5045, in his individual and official capacities; OFFICER BRAYMILLER, DSN 5184, in his individual and official capacities; OFFICER ARELLANES, DSN 5009, in his individual and official capacities; PERRY MORROW; SPECTRUM SOLUTIONS ACQUISITIONS; United States Department of Housing and Urban Development (HUD) DOES 1 - 50**

   a.   The Defendant is an ☐ individual ☑ corporation.

   The defendant, (name) **SAINT LOUIS COUNTY, MISSOURI** , is a citizen of

   the State of (name) _____ MISSOURI _____ Or is a citizen of

   (foreign nation) N/A _____

Page 4

b.   The Defendant is an ☑ individual ☐ corporation.

The defendant, *(name)* **Saint Louis County Police Department**, is a citizen of

the State of *(name)* _____ MISSOURI _____ ☐ is incorporated under

principal place of business in the State of *(name)* ___ MISSOURI ___ and has its

Or is incorporated under the laws of *(foreign nation)* _____ N/A _____

and has its principal place of business in *(name)* _____ N/A _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)* ☑ **Additional Pages Are Attached On** ***Additional Defendants.***

3.   **The Amount in Controversy**

The amount in controversy is the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court because *(explain)*:

**Defendants have interfered with plaintiff property rights in excess of $300,000 not considering punitive damages caused by defendants wrongful acts for false arrest and deprivation.**

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiffs rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

### I. FRAUDULENT FALSE ARREST
### VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. §1983

This lawsuit arises from the unlawful arrest, detention, and prosecution of Plaintiff Terrez M. Young by Saint Louis County police officers concerning property located at 12750 Needle Point Court, Saint Louis County, Missouri.

Plaintiff alleges that Defendants violated his constitutional, civil, and property rights by falsely arresting him for trespassing despite Plaintiff presenting a Deed of Trust, occupancy-related documentation, and proof of lawful possession of the property.

Plaintiff further alleges that Defendants unlawfully interfered with his liberty, possessory, contractual, and property rights, caused his vehicle to be seized and towed, and acted without probable cause or lawful justification.

Plaintiff seeks damages, declaratory relief, injunctive relief, quiet title relief, and all other appropriate relief under federal and state law.

☑ Pages Attached (**SUPPLEMENTAL COMPLAINT IS ATTACHED**)   Exhibits A, & 1 - thru 12   )
☑ Plaintiff(s) reserves the Right to Amend.   ☑ FRAUD CLAIMS: **F1,F2,F3,F4,F5,F6,F7**

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. **Plaintiff is entitled to financial damages for fraud, Negligent Misrepresentation, fraudulent arrest, wrongful arrest, constitutional violations, monetary damages, punitive damages, attorney fees.**

| | |
|---|---|
| **FRAUD (Resulting from False Arrest)** | **$1,800,000.00** |
| **Negligent Misrepresentation** | **$1,800,000.00** |
| **Constitutional Violations (4TH & 14TH AMENDMENT)** | **$1,000,000.00** |
| **INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS** | **$1,800,000.00** |
| **INVASION OF PRIVACY** | **$800,000.00** |
| **Actual Damages** | **$300,000.00** |
| **Punitive Damages (Extreme & Outrageous Conduct)** | **$3,000,000.00** |
| ☑ **Prayer is Included in Supplemental Complaint** **TOTAL RELIEF:** | **$10,500,000.00** |

Page 5

## STATEMENT OF THE CLAIM (CONTINUED):

### UNLAWFUL INTERFERENCE WITH PLAINTIFF'S CONSTITUTIONAL, POSSESSORY, CONTRACTUAL, AND PROPERTY RIGHT REGARDING PROPERTY AT 2750 Needle Point Court, Saint Louis County, Missouri.

This action arises from Defendants' unlawful interference with Plaintiff's constitutional, possessory, contractual, and property rights concerning the property located at 12750 Needle Point Court, Saint Louis County, Missouri. Plaintiff repeatedly presented a Deed of Trust, occupancy-related documentation, and proof of lawful possession, yet Defendants knowingly disregarded this evidence and falsely treated Plaintiff as a criminal trespasser in a civil property dispute. Defendant Saint Louis County and the Saint Louis County Police Department are liable for maintaining and enforcing policies, customs, and actions that resulted in Plaintiff's unlawful arrest, detention, prosecution, seizure of property, and deprivation of constitutional rights. Defendant Officer Jackson reviewed Plaintiff's Deed of Trust, acknowledged Plaintiff's ownership claim, and participated in actions interfering with Plaintiff's possessory rights. Defendant Officer Braymiller unlawfully arrested Plaintiff for trespassing without probable cause despite Plaintiff presenting proof of ownership and lawful possession. Defendant Officer Arellanes participated in Plaintiff's unlawful detention and arrest without lawful justification.Defendant Perry Morrow and Defendant Spectrum Solutions Acquisitions participated in and provided information contributing to Plaintiff being falsely treated as a trespasser and unlawfully deprived of property and constitutional rights. Defendant United States Department of Housing and Urban Development ("HUD") is named because Plaintiff alleges that HUD, through its agents, representatives, contractors, and affiliated persons, participated in or authorized conduct interfering with Plaintiff's possessory, property, and constitutional rights, including actions contributing to Plaintiff's unlawful arrest and removal from the property. Defendants DOES 1–50 are additional persons and entities presently unknown who participated in, authorized, approved, concealed, or facilitated the unlawful conduct alleged herein and whose identities will be determined through discovery.

c.    The Defendant is an ☑ individual ☐ corporation. ☐ Trust

The defendant, *(name)* **OFFICER BRAYMILLER, DSN 5184, in his individual and official capacities**

the laws of the State of *(name)* _____ MISSOURI _____, is incorporated under

principal place of business in the State of *(name)* _____ MISSOURI _____ and has its

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____

d.    The Defendant is an ☑ individual ☐ corporation. ☐ Trust

The defendant, *(name)* **OFFICER ARELLANES, DSN 5009, in his individual and official capacities;**

the laws of the State of *(name)* _____ MISSOURI _____, is incorporated under

principal place of business in the State of *(name)* _____ MISSOURI _____ and has its

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____

e.    The Defendant is an ☑ individual ☐ corporation. ☐ Trust

The defendant, *(name)* **PERRY MORROW**

the laws of the State of *(name)* _____ MISSOURI _____, is incorporated under

principal place of business in the State of *(name)* _____ MISSOURI _____ and has its

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____

f.    The Defendant is an ☑ individual ☐ corporation. ☐ Trust

The defendant, *(name)* **SPECTRUM SOLUTIONS ACQUISITIONS**

of the State of *(name)* _____, is incorporated under

principal place of business in the State of *(name)* _____ and has its

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____

g.    The Defendant is an ☐ individual ☑ corporation. ☐ Trust

The defendant, *(name)* ____ United States Department of Housing and Urban Development (HUD) ____

of the State of *(name)* _____ WASHINGTON, D.C. _____, is incorporated under

principal place of business in the State of *(name)* ___ DISTRICT OF COLUMBIA ___ and has its

Or is incorporated under the laws of *(foreign nation)* _____ DISTRICT OF COLUMBIA _____

and has its principal place of business in *(name)* _____ DISTRICT OF COLUMBIA _____

h.    The Defendant is an ☑ individual ☑ corporation. ☐ Trust

The defendant, *(name)* ___ OFFICER JACKSON, DSN 5045 in his individual and official capacities ___

of the State of *(name)* _____ (DISCOVERY NEEDED) _____, is incorporated under

principal place of business in the State of *(name)* _____ and has its

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case          *Terrez Young vs. SAINT LOUIS COUNTY, MISSOURI, et al*

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result m the dismissal of my case.

Date of signing:          **May 27, 2026**

Signature of Plaintiff         *Terrez Young*
Printed Name of Plaintiff       **TERREZ YOUNG**

### B.    For Attorneys

Date of signing:          _____

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number               _____
Name of Law Firm         _____
Street Address           _____
State and Zip Code        _____
Telephone Number         _____
E-mail Address           _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case          *Terrez Young vs. SAINT LOUIS COUNTY, MISSOURI, et al*

## VERIFICATION

### OF

## PLAINTIFF(S)

I (we),          TERREZ YOUNG          am a plaintiffs in the above-entitled

action. I (we) have read the foregoing complaint and know the contents

thereof. The same is true of my own knowledge, except as to those matters which are

therein alleged on information and belief, and as to those matters, I (we) believe it to be

true.

I (we) declare under penalty of perjury that the foregoing is true and correct and that this

declaration was executed at:          **FLORRISSANT, MO.**

*Terrez Young*
**TERREZ YOUNG**

Dated:          May 26, 2026

CV-127 (09-09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

# SERVICE OF PROCESS

Please serve the defendants at the following address::

Saint Louis County
41 South Central Avenue
Clayton, Missouri 63105

Saint Louis County Police Department
7900 Forsyth Boulevard
Clayton, Missouri 63105

Officer Braymiller, DSN 5184
c/o Saint Louis County Police Department
7900 Forsyth Boulevard
Clayton, Missouri 63105

Officer Arellanes, DSN 5009
c/o Saint Louis County Police Department
7900 Forsyth Boulevard
Clayton, Missouri 63105

Perry Morrow
c/o Spectrum Solutions Acquisitions
30 N Gould Street, Suite 42603
Sheridan, Wyoming 82801

Spectrum Solutions Acquisitions
30 N Gould Street, Suite 42603
Sheridan, Wyoming 82801

United States Department of Housing and Urban
Development (HUD)
U.S. Department of Housing and Urban
DevelopmentCharles F. Prevedel Federal Building1222
Spruce StreetSt. Louis, Missouri 63103

Officer Jackson, DSN 5045c/o Saint Louis
County Police Department7900 Forsyth
BoulevardClayton, Missouri 63105

CV-127 (09-09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT - SERVICE LIST